JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>STEPHEN DON RHYMES,<br><br>            Defendant. | Case No. 2:22-cr-00221-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jean N. Ripley, counsel for the United States, and Jawara Griffin, counsel for defendant Stephen Don Rhymes, that the sentencing hearing currently scheduled on October 23, 2023, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen days.

This Stipulation is entered into for the following reasons:

1. Government counsel needs additional time to prepare for the hearing.

2. Defendant Stephen Don Rhymes is in custody and agrees to the continuance.

/ / /

/ / /

/ / /

1

3.  This is the first request to continue the sentencing hearing.

DATED this 16th day of October, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Jean N. Ripley | /s/ Jawara Griffin |
| JEAN N. RIPLEY<br>Assistant United States Attorney | JAWARA GRIFFIN<br>Assistant Federal Defender |
| *Counsel for the United States* | *Counsel for Stephen Don Rhymes* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>STEPHEN DON RHYMES,<br><br>         Defendant. | Case No. 2:22-cr-00221-JCM-NJK<br><br>**ORDER** |

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Sentencing Hearing currently scheduled on October 23, 2023, at 10:30 a.m., is vacated and continued to **November 13, 2023, at 10:30 a.m.**

DATED October 18, 2023.

*/s/ James C. Mahan*
**HONORABLE JAMES C. MAHAN**
UNITED STATES DISTRICT JUDGE

3